ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

TELEFONAKTIEBOLAGET LM ERICSSON,

Defendant.

- - - - - - - - - - - - - - - - - - - - x

**19 CRM 884**

**INFORMATION**

19 Cr. ____

JUDGE NATHAN

Please take notice that the United States Department of Justice, Criminal Division, Fraud Section and the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
November 25, 2019

ROBERT A. ZINK
Chief, Fraud Section
Criminal Division
United States Department of Justice

By: _____
Andrew Gentin
Acting Assistant Chief
Michael Culhane Harper
Trial Attorney

AGREED AND CONSENTED TO:

By: _____
Cheryl J. Scarboro
Joshua A. Levine
Diana C. Wielocha
Simpson Thacher & Bartlett LLP
Counsel to TELEFONAKTIEBOLAGET LM ERICSSON

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

_____
David Abramowicz
Assistant United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/19