UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>*Defendant*. | No. 1:19-cr-00884-LTS |

NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Daniel P. Chung of Gibson, Dunn & Crutcher LLP, an attorney in good standing and admitted to practice in this Court, hereby enters his appearance in the above-captioned case as counsel for Defendant Telefonaktiebolaget LM Ericsson ("Defendant") and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant in this action.

Dated:  December 16, 2022

Respectfully submitted,

           */s/ Daniel P. Chung*          
Daniel P. Chung
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Tel.:  (202) 887-3729
Fax:  (202) 530-9639
dchung@gibsondunn.com

*Counsel for Defendant*
*Telefonaktiebolaget LM Ericsson*

1