UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

TELEFONAKTIEBOLAGET LM ERICSSON,

Defendant.

Case No.: 19-cr-884-LTS

---

**DECLARATION OF DANIEL P. CHUNG IN SUPPORT OF
STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

1. I am an attorney admitted to practice before the State of New York.

2. I respectfully submit this declaration pursuant to Local Rule 1.4 of the United States District Court for the Southern District of New York, in support of the attached stipulation and order substituting Daniel P. Chung, Courtney M. Brown and F. Joseph Warin of Gibson Dunn & Crutcher LLP and William P. Barry of Miller & Chevalier Chartered for Joshua A. Levine and Cheryl J. Scarboro of Simpson Thacher & Bartlett LLP as counsel of record for Defendant Telefonaktiebolaget LM Ericsson ("Defendant").

3. Defendant has requested that Daniel P. Chung, Courtney M. Brown and F. Joseph Warin of Gibson Dunn & Crutcher LLP and William P. Barry of Miller & Chevalier Chartered represent it in this matter and has consented to the withdrawal of Joshua A. Levine and Cheryl J. Scarboro of Simpson Thacher & Bartlett LLP.

4. This is Defendant's first request to change counsel.

5. Undersigned counsel respectfully requests that the Court approve the Stipulation and Order of Substitution of Counsel submitted in connection with this declaration.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 16, 2022

                                             */s/ Daniel P. Chung*
                                          Daniel P. Chung
                                          GIBSON DUNN & CRUTCHER LLP
                                          1050 Connecticut Avenue, NW
                                          Washington, D.C. 20036
                                          dchung@gibsondunn.com
                                          Telephone: (202) 887-3729
                                          Facsimile: (202) 530-9639

                                          *Incoming Counsel for Defendant*