UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

TELEFONAKTIEBOLAGET LM ERICSSON,

Defendant.

Case No.: 19-cr-884-LTS

---

### [PROPOSED] STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Local Rule 1.4 that Daniel P. Chung, Courtney M. Brown and F. Joseph Warin of Gibson Dunn & Crutcher LLP and William P. Barry of Miller & Chevalier Chartered are hereby substituted in the place of Joshua A. Levine and Cheryl J. Scarboro of Simpson Thacher & Bartlett LLP in the above-captioned case.

The appearance of Diana C. Wielocha, formerly associated with Simpson Thacher & Bartlett LLP, is hereby withdrawn.

A declaration in support of this Proposed Stipulation and Order for Substitution of Counsel is attached hereto pursuant to Local Rule 1.4.

PLEASE TAKE NOTICE that all notices of hearing and other filings in this matter should be served upon the undersigned incoming counsel.

Dated: December 16, 2022

SIMPSON THACHER & BARTLETT LLP

By:_____
Joshua A. Levine
425 Lexington Avenue
New York, New York 10017
jlevine@stblaw.com
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Cheryl J. Scarboro
900 G Street, NW
Washington, D.C. 20001
cscarboro@stblaw.com
Telephone: (202) 636-5500
Facsimile: (202) 636-5502

GIBSON DUNN & CRUTCHER LLP

By:_____
Daniel P. Chung
Courtney M. Brown
F. Joseph Warin
1050 Connecticut Avenue, NW
Washington, D.C. 20036
dchung@gibsondunn.com
cmbrown@gibsondunn.com
fwarin@gibsondunn.com
Telephone: (202) 887-8500
Facsimile: (202) 530-9639

MILLER & CHEVALIER CHARTERED

By:_____
William P. Barry
900 16th Street, NW
Washington, D.C. 20006
wbarry@milchev.com
Telephone:(202) 626-5974
Facsimile: (202) 626-5801

*Incoming Counsel for Defendant*

*Outgoing Counsel for Defendant*

SO ORDERED:

_____
Honorable Laura Taylor Swain
United States District Judge