

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 16, 2022

**BY CM/ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Telefonaktiebolaget LM Ericsson,**
             **19 Cr. 884 (LTS)**

Dear Chief Judge Swain:

      On behalf of the parties, the Government respectfully submits this letter to update the Court about the status of the deferred prosecution agreement between the Government and Telefonaktiebolaget LM Ericsson (the "Company") dated November 26, 2019. (Dkt. 6 (the "DPA")).

      The DPA provided that its term would begin upon the filing of the Information in this case and "end[ ] three years from the later of the date on which the Information is filed or the date on which the independent monitor (the 'Monitor') is retained by the Company." (DPA ¶ 3). The Information was filed on December 6, 2019. (*See* Dkt. 3). The Company retained the Monitor on June 2, 2020.

Accordingly, the DPA is not due to expire until June 2, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
David Abramowicz / Juliana Murray
Assistant United States Attorneys
Tel: (212) 637-6525 / 2314

GLENN LEON
Chief, Fraud Section
Criminal Division
United States Department of Justice

Courtney A. Howard
Assistant Chief

Michael Culhane Harper
Trial Attorney

cc: Counsel to Telefonaktiebolaget LM Ericsson (by ECF and email)