UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>Defendant. | Case No.: 19-cr-884-LTS |

# [PROPOSED] STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Local Rule 1.4 that Daniel P. Chung, Courtney M. Brown and F. Joseph Warin of Gibson Dunn & Crutcher LLP and William P. Barry of Miller & Chevalier Chartered are hereby substituted in the place of Joshua A. Levine and Cheryl J. Scarboro of Simpson Thacher & Bartlett LLP in the above-captioned case.

The appearance of Diana C. Wielocha, formerly associated with Simpson Thacher & Bartlett LLP, is hereby withdrawn.

A declaration in support of this Proposed Stipulation and Order for Substitution of Counsel is attached hereto pursuant to Local Rule 1.4.

PLEASE TAKE NOTICE that all notices of hearing and other filings in this matter should be served upon the undersigned incoming counsel.

Dated: December 16, 2022

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP | GIBSON DUNN & CRUTCHER LLP |
| By: _____<br>Joshua A. Levine<br>425 Lexington Avenue<br>New York, New York 10017<br>jlevine@stblaw.com<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502<br><br>Cheryl J. Scarboro<br>900 G Street, NW<br>Washington, D.C. 20001<br>cscarboro@stblaw.com<br>Telephone: (202) 636-5500<br>Facsimile: (202) 636-5502 | By: _____<br>Daniel P. Chung<br>Courtney M. Brown<br>F. Joseph Warin<br>1050 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>dchung@gibsondunn.com<br>cmbrown@gibsondunn.com<br>fwarin@gibsondunn.com<br>Telephone: (202) 887-8500<br>Facsimile: (202) 530-9639<br><br>MILLER & CHEVALIER CHARTERED<br><br>By: _____<br>William P. Barry<br>900 16th Street, NW<br>Washington, D.C. 20006<br>wbarry@milchev.com<br>Telephone: (202) 626-5974<br>Facsimile: (202) 626-5801 |
| *Outgoing Counsel for Defendant* | *Incoming Counsel for Defendant* |

SO ORDERED:

/s/ Laura Taylor Swain 12/27/2022
_____
Honorable Laura Taylor Swain
United States District Judge