## ATTACHMENT B

## CERTIFICATE OF CORPORATE RESOLUTIONS

I, Ronnie Leten, do hereby certify that I am the Chair of the Board of Directors of Telefonaktiebolaget LM Ericsson (or "the Company"), and that the following is an accurate excerpt of certain resolutions unanimously adopted by the Company's Board of Directors

For purposes of the adopted RESOLUTIONS, the following terms have the meanings ascribed below:

"Company" means Telefonaktiebolaget LM Ericsson;

"DPA" means the deferred prosecution agreement entered into by the Company and the United States Department of Justice, Criminal Division, Fraud Section and the United States Attorney's Office for the Southern District of New York (together, referred to as the "Offices" or "DOJ") on 6 December 2019.

"DPA Breach Notices" means notices from the DOJ on 21 October 2021 and on 1 March 2022, in which the DOJ notified the Company and its counsel that DOJ had "determined that Ericsson breached its obligations . . . under the DPA" by, in the first instance, "failing to provide certain documents and factual information" and, in the second instance, failing to sufficiently report a 2019 internal investigation into alleged misconduct in Iraq.

"Guilty Plea Documents" means the DOJ's proposed plea agreement between the Company and the United States of America, by and through the Offices.

NOW, THEREFORE, BE IT:

RESOLVED, that the resolution of the DPA Breach Notices be, and it hereby is, authorized and approved substantially with the terms presented to the Board of Directors;

RESOLVED, that the Chief Financial Officer of the Company [Carl Mellander] and an LM Ericsson employee [Jonas Stringberg], designated by the Chief Executive Officer [Börje Ekholm]

and Chief Legal Officer [Scott Dresser], be, and each hereby is, authorized and instructed to execute and deliver the Guilty Plea Documents substantially with the terms presented to the Board of Directors on behalf of the Company;

RESOLVED, that the Group Head of Litigations and Disputes [Matthew Matule] (or any other individual designated by the Chief Executive Officer and Chief Legal Officer) be, and he hereby is, authorized on behalf of the Company to enter an appearance before the United States District Court for the Southern District of New York and to enter on behalf of the Company the requisite plea of guilty as provided in the Guilty Plea Documents substantially with the terms presented to the Board of Directors;

RESOLVED, that each of the Chief Executive Officer, Chief Financial Officer, and Chief Legal Officer, (or any person designated by them), be, and each of them hereby is, authorized and empowered to take any and all actions in the name of the Company or the Company's subsidiaries, as the case may be, as any of them may deem necessary, appropriate or desirable, to negotiate, execute and complete the resolution of the DPA Breach Notices and the Guilty Plea Documents substantially with the terms presented to the Board of Directors in accordance with these resolutions, and to take any such other decisions and actions as may be necessary, appropriate or desirable in connection therewith, and further, any and all actions taken by such persons in connection with the foregoing, are hereby adopted, ratified, confirmed and approved in all respects as fully as if any such action had been presented for approval and approved prior to such action being taken, subject to such changes as such officers shall approve, and the execution of the Guilty Plea Documents by such officer or officers shall be deemed to constitute conclusive evidence of their approval of such changes.

Date:_____

By: _____
DocuSigned by:
EFD2552B61C4441
Ronnie Leten
Chair of Board of Directors
Telefonaktiebolaget LM Ericsson