## ATTACHMENT E

## **CERTIFICATION**

To:    United States Department of Justice
        Criminal Division, Fraud Section
        Attention:  Chief of the Fraud Section

        United States Department of Justice
        United States Attorney's Office
        Southern District of New York ("SDNY")
        Attention: United States Attorney for SDNY

Re:    Plea Agreement Compliance Certification

The undersigned certify, pursuant to Paragraph 9 of the Plea Agreement ("the Agreement") filed on ____, in the United States District Court for the Southern District of New York, by and between the United States of America and Telefonaktiebolaget LM Ericsson (the "Company"), that undersigned are aware of the Company's compliance obligations under Paragraphs 9 and 10 of the Agreement, and that, based on the undersigned's review and understanding of the Company's anti-corruption compliance program that incorporates relevant internal accounting controls, the Company has implemented an compliance program that meets the requirements set forth in Attachment C to the Agreement.  The undersigned certifies that such compliance program is reasonably designed to detect and prevent violations of the FCPA and other anti-corruption laws throughout the Company's operations.

The undersigned hereby certify that they are respectively the Chief Executive Officer of the Company and the Chief Compliance Officer of the Company and that each has been duly authorized by the Company to sign this Certification on behalf of the Company.

This Certification shall constitute a material statement and representation by the undersigned and by, on behalf of, and for the benefit of, the Company to the executive branch of the United States for purposes of 18 U.S.C. § 1001, and such material statement and representation

F-1

shall be deemed to have been made in the Southern District of New York. This Certification shall also constitute a record, document, or tangible object in connection with a matter within the jurisdiction of a department and agency of the United States for purposes of 18 U.S.C. § 1519, and such record, document, or tangible object shall be deemed to have been made in the Southern District of New York.

Date: _____    Name (Printed): _____

Name (Signed): _____
Chief Executive Officer
Telefonaktiebolaget LM Ericsson

Date: _____    Name (Printed): _____

Name (Signed): _____
Chief Compliance Officer
Telefonaktiebolaget LM Ericsson