**ATTACHMENT F**

**<u>CERTIFICATION</u>**

To:     United States Department of Justice
        Criminal Division, Fraud Section
        Attention:  Chief of the Fraud Section

        United States Department of Justice
        United States Attorney's Office
        Southern District of New York ("SDNY")
        Attention: United States Attorney for SDNY

Re:      Plea Agreement Disclosure Certification

        The undersigned certify, pursuant to Paragraph 13 of the Plea Agreement ("the Agreement") filed on _____, in the United States District Court for the Southern District of New York, by and between the United States of America and Telefonaktiebolaget LM Ericsson (the "Company"), that undersigned are aware of the Company's disclosure obligations under Paragraph 13 of the Agreement, and that the Company has disclosed to the United States Department of Justice, Criminal Division, Fraud Section (the "Fraud Section") and the United States Attorney's Office for the Southern District of New York (collectively, the "Offices") any evidence or allegations of conduct required pursuant to Paragraph 13 of the Agreement, which includes any evidence or allegation of conduct that may constitute a violation of the FCPA anti-bribery or accounting provisions had the conduct occurred within the jurisdiction of the United States ("Disclosable Information").  This obligation to disclose information extends to any and all Disclosable Information that has been identified through the Company's compliance and controls program, whistleblower channel, internal audit reports, due diligence procedures, investigation process, or other processes.  The undersigned further acknowledge and agree that the reporting requirements contained in Paragraph 13 and the representations contained in this certification

E-2

constitute a significant and important component of the Agreement and of the Offices' determination whether the Company has satisfied its obligations under the Agreement.

The undersigned hereby certify that they are the Chief Executive Officer and the Chief Financial Officer of the Company, respectively, and that each has been duly authorized by the Company to sign this Certification on behalf of the Company.

This Certification shall constitute a material statement and representation by the undersigned and by, on behalf of, and for the benefit of, the Company to the executive branch of the United States for purposes of 18 U.S.C. § 1001, and such material statement and representation shall be deemed to have been made in the Southern District of New York.  This Certification shall also constitute a record, document, or tangible object in connection with a matter within the jurisdiction of a department and agency of the United States for purposes of 18 U.S.C. § 1519, and such record, document, or tangible object shall be deemed to have been made in the Southern District of New York.

Date: _____        Name (Printed): _____

                                     Name (Signed): _____
                                     Chief Executive Officer
                                     Telefonaktiebolaget LM Ericsson

Date: _____        Name (Printed): _____

                                     Name (Signed): _____
                                     Chief Financial Officer
                                     Telefonaktiebolaget LM Ericsson

E-2