UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                 No. 19-CR-884-LTS

TELEFONAKTIEBOLAGET LM
ERICSSON,

       Defendant.

------------------------------------------------------x

### Scheduling Order

The parties have filed a joint request to schedule a change-of-plea hearing, to be followed directly by sentencing, without the need for a presentence report, in this case. (See docket entry no. 28.)

The change-of-plea hearing is hereby scheduled to proceed on **March 20, 2023, at 2:30 p.m.** The Court takes under advisement the parties' request to proceed directly to sentencing.

     SO ORDERED.

Dated: New York, New York
       March 3, 2023

                                                   /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 Chief United States District Judge