

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 9, 2023

**BY ECF**

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Telefonaktiebolaget LM Ericsson,**
               **19 Cr. 884 (LTS)**

Dear Chief Judge Swain:

      The Government respectfully writes in advance of the plea proceeding in the above-captioned matter, currently scheduled for March 20, 2023 at 2:30 p.m., to request to reschedule the plea proceeding to March 21, 2023 at 3:00 p.m., in light of the parties' schedules. This is the first adjournment request. The Government has spoken with counsel for Telefonaktiebolaget LM Ericsson ("Ericsson"), who consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
David Abramowicz / Juliana Murray
Assistant United States Attorneys
Tel: (212) 637-6525 / 2314

GLENN S. LEON
Chief, Fraud Section
Criminal Division
United States Department of Justice

Courtney A. Howard
Assistant Chief, FCPA Unit

Michael Culhane Harper
Trial Attorney

cc: Counsel to Ericsson (by ECF)

The foregoing request is granted. The proceeding is hereby rescheduled to March 21, 2023, at 3:00 p.m. DE#30 resolved. SO ORDERED.
March 9, 2023
 /s/ Laura Taylor Swain, Chief USDJ