UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                        No.  19-CR-884-LTS

TELEFONAKTIEBOLAGET LM
ERICSSON,

        Defendant.

------------------------------------------------------------x

## Scheduling Order

The plea hearing in this case is scheduled to proceed on **March 21, 2023, at 3:00 p.m.**  If the parties' proposed plea agreement and corresponding dispositions, as outlined in the March 2, 2023 consolidated submission at docket entry no. 28, are accepted, the Court will proceed directly to sentencing.

       SO ORDERED.

Dated: New York, New York
       March 17, 2023

                                                                    /s/ Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                                    Chief United States District Judge