UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

            Judgment Creditor,

v.

TELEFONAKTIEBOLAGET LM ERICSSON,

            Judgment Debtor,

19 CR 884 (LTS)

**SATISFACTION OF JUDGMENT**

    Satisfaction is acknowledged between United States of America, judgment creditor, and Telefonaktiebolaget LM Ericsson, judgment debtor, for the fine in the amount of $727,379,280.00 and the special assessment in the amount of $800.00 amounting in all to the sum of $727,380,080.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 30th day of March, 2023.

                          DAMIAN WILLIAMS
                          United States Attorney

        By: _____
                          JOHN E. GURA, JR.
                          Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

    On the 23rd day of May, 2023 before me personally came JOHN E. GURA, JR., Assistant United States Attorney for the Southern District of New York, personally known to me or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed to, in the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

HERMAN AMOS JR.
Notary Public, State of New York
No. 31-4961366
Qualified in New York County
Commission Expires Feb. 5, 2026